George Haines Esq.                                        E-FILED: May 12, 2010
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Alfredo Alvarenga and Ada Alvarenga

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | Case No. BKS—10-11230-LBR |
| | ) | Chapter 13 |
| | ) | |
| **Alfredo Alvarenga and Ada Alvarenga**, | ) ) ) ) ) | |
| Debtor. | ) ) | |

## DECLARATION OF GEORGE HAINES, ESQ. REGARDING RESAONABLENESS OF FEES ON MOTION TO EMPLOY HAINES & KRIEGER LOAN MODIFICATIONS, LLC AND TO APPROVE ADMINISTRATIVE EXPENSES FOR LOAN MODIFICATION SERVICES

STATE OF NEVADA        )
                       ) ss.
COUNTY OF CLARK        )

**GEORGE HAINES, ESQ.** declares as follows:

1.  That I am the counsel for the Debtor in the above Chapter 13 matter.

2.  I am also the Qualified Employee (QE) of Haines & Krieger Loan Modifications, LLC.

2.  That I make this Declaration of my own personal knowledge, and I am competent to testify as to the matters herein.

- 1 -

3.      Based on my understanding of present market conditions for loan modification services, the fees requested by Haines & Krieger Loan Modifications, LLC in the amount of $3,500 are reasonable.

DATED:  May 12, 2010

/s/George Haines, Esq.
**George Haines, Esq.**
**Attorney For the Debtor**