KATHLEEN A. LEAVITT  
CHAPTER 13 BANKRUPTCY TRUSTEE  
201 Las Vegas Blvd South, Suite 200  
Las Vegas, NV  89101  
kal13mail@las13.com  
(702) 853-0700  

E-File: 08/15/2011

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>ALFREDO ALVARENGA<br>ADA ALVARENGA<br><br><br>Debtor(s). | Chapter 13<br>BKS-10-11230-LBR<br><br>MOTION TO DISMISS<br><br>MOTION TO DISMISS<br>Hearing Date: October 20, 2011<br>Hearing Time:  2:00 pm |

   Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee in the above captioned bankruptcy case and for her motion states and alleges as follows:

   1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on January 27, 2010.
   2. Chapter 13 Plan was confirmed by the Court on 07/01/2010.
   3. Balance on hand at the time of filing this motion is $0.00.
   4. The Trustee requests that this case be dismissed pursuant to 11 U.S.C. § 1307 (c) for one or more of the following reasons, to wit:
      (c)  For cause,
(c)(6)  Material default by the debtor with respect to a term of a confirmed plan to wit:

   - Failure to respond to Trustee's Directive requesting the following information:  Turn over a copy of the 2010 tax return and tax refund, if any.
   - Other:  The debtor is not making the correct plan payment per the confirmed Plan; it is $287 per month.

   WHEREFORE, the Trustee prays the Court issue an order dismissing the within case for the reasons as stated above and that expenses in the amount of $0.00 be allowed in this case.

DATED: 8/15/2011  
TPS

/s/ KATHLEEN A LEAVITT  
_____  
Kathleen A. Leavitt  
CHAPTER 13 BANKRUPTCY